**STATE of Missouri, Respondent,**

v.

**Todd Gerald RABIDEAU, Appellant.**

**No. WD 59418.**

Missouri Court of Appeals, Western District.

Nov. 13, 2001.

Application for Transfer Denied Feb. 26, 2002.

George Larry Gundy, Branson West, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney Generals, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, HAROLD L. LOWENSTEIN, and EDWIN H. SMITH, Judges.

### ORDER

Todd Gerald Rabideau appeals the circuit court's judgment convicting him of two

counts of assault in the second degree and of one count of felony murder in the second degree. We affirm. Rule 30.25(b).